FILED
*10:00* M
MAR 1 6 2015
_____ CROM
Clerk, Dist. Court, Guadalupe Co. TX

**13-0979-CR-A**

4th COURT OF APPEALS
SAN ANTONIO ENTERED
4/14/2015 3:02:58 PM
KEITH E. HOTTLE

| THE STATE OF TEXAS | § | IN THE 274th DISTRICT COURT |
| | § | |
| vs. | § | OF |
| | § | |
| ROBERT RODRIGUEZ | § | GUADALUPE COUNTY, TEXAS |

## NOTICE OF APPEAL

I hereby give notice of appeal pursuant to TEXAS RULE OF APPELLATE PROCEDURE 25.2 AND TEXAS CODE OF CRIMINAL PROCEDURE art. 44.02.

I pleaded NOT GUILTY to the above styled and numbered cause of Aggravated Robbery as charged in COUNT 2 of my Indictment. COUNT 1 was abandoned. On February 25, 2015 Jurors found me:

- **NOT GUILTY** of Aggravated Robbery as charged in COUNT 2 of my Indictment.
- **GUILTY** of the lesser requested offense of Aggravated Assault – Serious Bodily Injury

The Jury sentenced me to twelve (12) years TDCJ-ID and a $10,000.00 fine.

The Judge sentenced me to the Jury's punishment on February 26, 2015.

I request that the Court appoint appellate defense counsel for me due to my indigent status. I request a new attorney other than Richard Tim Molina.

_____
Robert Rodriguez


13-0979-CR-A

| THE STATE OF TEXAS | § | IN THE 274ᵗʰ DISTRICT COURT |
| | § | |
| vs. | § | OF |
| | § | |
| ROBERT RODRIGUEZ | § | GUADALUPE COUNTY, TEXAS |

## MOTION FOR NEW TRIAL

To the Honorable Judge of said Court:

Comes now the Defendant in the above styled and numbered cause and by Defendant's attorney, if any, moves this Judge to grant a new trial for the following reasons:

I.

The verdict was contrary to the law and the evidence.

II.

The court misdirected the jury about the law resulting in an injury to the Defendant's rights.

Respectfully submitted,

_____
Defendant

_____
Bar Card Number

1

| THE STATE OF TEXAS | § | IN THE 274th DISTRICT COURT |
| | § | |
| vs. | § | OF |
| | § | |
| ROBERT RODRIGUEZ | § | GUADALUPE COUNTY, TEXAS |

## ORDER

On this the _____ day of _____, 2015, came to be heard the Defendant's Motion For New Trial. The Judge, having heard and considered the same, hereby finds that the motion is:

_____ GRANTED

_____ DENIED

_____
Judge, 274th District Court
Guadalupe County, Texas

CAUSE NO. 13-0979-CR-A

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. Robert Rodriguez | § | 15th JUDICIAL DISTRICT |
| | § | |
| | § | GUADALUPE COUNTY, TEXAS |

FILED FEB 26 2015
DEBRA CROW
Clerk Dist. Court, Guadalupe Co. Tx.

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal.
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.
- [ ] is a plea-bargain case, and the defendant has NO right of appeal.
- [X] the defendant has waived the right of appeal.

_____     2/26/15
JUDGE                                DATE SIGNED

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX . R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
DEFENDANT

_____
MAILING ADDRESS

_____
CITY          STATE          ZIP

PHONE: (      )_____

ATTORNEY FOR DEFENDANT

STATE BAR ID #: 24011732

111 Solidad, Suite 300
MAILING ADDRESS

San Antonio, TX        78205
CITY          STATE          ZIP

PHONE: (210) 882-9903
FAX: (800) 406-7901

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case – that is, a case in which a defendant's plea of guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

White (Clerk); Yellow (Defense Attorney); Pink (Defendant)

CRIMINAL APPEALS

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL IN COURT OF APPEALS
TRIAL COURT NO: 13-0979-CR-A

THE STATE OF TEXAS

IN THE 25TH DISTRICT COURT

VS

Robert Rodriguez

OF GUADALUPE COUNTY, TX

The records of my office show that:

1. Has counsel for defendant filed a motion for new trial: yes ✓, date 3/16/15 no____
2. The date the Notice of Appeal was filed __3/16/15__.
3. The defendant named above was convicted of Lesser offense of Agg. Assault SBI
4. The Honorable Michael McCormick presided at the trial
5. The State was represented by: HEATHER HOLLUB, KEITH HENNEKE
   at the trial. The State is represented by Keith Henneke, 211 W. Court, Room 260,
   Seguin, TX 78155; phone (830)303-1922; Bar I.D. #24054497
6. Defendant was represented by Susan Sanooh at the trial.
   Defendant is represented by Prose - Robert Rodriguez
   Address SID# 0502605, 2417 N. Guadalupe St Seguin TX 78155
   Phone #_____, State Bar #_____
7. Defendant's Counsel on appeal: Retained_____ Appointed ____ Pro Se ✓.
8. The Trial was before the Court: Without a Jury ____; A Jury on both guilt and
   punishment ✓; A Jury on punishment only _____; A Jury on Guilt only ___.
9. The sentence was imposed/suspended on __2-26-15__ for (length of
   time) 12 yrs; Repeater/Habitual (circle one if appropriate)
10. Defendant is in Jail ✓; Free on Bond of $_____.
11. The name and address of the court reporter who reported the evidence is:
    Rick Roberts P.O. Box 311905, New Braunfels, TX 78130
12. If two or more cases were tried together, the other cases that have been or may be
    Appealed are: (docket number & defendant's name) _____
    _____.

WITNESS MY HAND this the 14 day of April_____, 2015.

_____
Court Reporter

KEITH E. HOTTLE, CLERK
By _____ Deputy

DEBRA CROW
Clerk of the District Court
Guadalupe County, Texas
By Lola Unt____ Deputy